UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO.

_____

| | |
|---|---|
| WENDY ANDERSON, | Chief Judge |
| Plaintiff, | Magistrate Judge |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION, LLC; | |
| Defendants. | |

_____

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

_____

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the 4th Judicial District Court, Hennepin County, Minnesota to the United States District Court, District of Minnesota, on the following grounds:

1.  Plaintiff Wendy Anderson served Trans Union on or about January 27, 2022, with a Summons and Complaint to be filed in the 4th Judicial District Court, Hennepin County, Minnesota. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B** respectively. No other process, pleadings or orders have been served on Trans Union.

2.  Attached hereto as **Exhibit C** is a copy of Trans Union, LLC's Notice Of Filing Notice Of Removal With the United States District Court to be filed in the Hennepin County District Court.

3. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶10-25, 26-30, 22-24 ("Count I"), and 26-28 ("Count II").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

5. As of the date of this Notice Of Removal, co-Defendants Equifax Information Services, LLC and Experian Information Solutions, Inc., have been served. Counsel for Trans Union has contacted counsel and/or corporate representative for these Defendants, who has consented to this removal as evidenced by the consent attached hereto as **Exhibit D**, and **Exhibit E, respectively.**

6. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the 4th Judicial District Court, Hennepin County, Minnesota to the United States District Court for the District of Minnesota.

7. Notice of this removal will promptly be filed with the 4th Judicial District Court, Hennepin County, Minnesota and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the 4th Judicial District Court, Hennepin County, Minnesota to this United States District Court, District of Minnesota.

                              Respectfully submitted,

Date: February 15, 2022

*/s/ Bradley D. Fisher*
Bradley D. Fisher, Esq. (219356)
Amy M. Sieben, Esq. (326021)
Fisher Bren & Sheridan, LLP
920 Second Avenue South, Suite 975
Minneapolis, MN  55402-4011
Office:  (612) 332-0100
Fax:  (612) 332-9951
E-Mail:  bfisher@fisherbren.com
E-Mail:  asieben@fisherbren.com

*Counsel for Defendant Trans Union LLC*