# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Livingston<br>          *Plaintiff,*<br><br>v.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>Trans Union, LLC;<br>          *Defendants.* | Case No.: 0:22-cv-00419-SRN-DTS<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Equifax Information Solutions, LLC. ("Equifax") have settled all asserted claims between them. This notice applies to Equifax **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two to three weeks.

Dated: February 20, 2022

                    MN LEGAL ASSISTANCE

                    s/ Lisa Hanson
                    Lisa Hanson (#0395406)
                    333 S 7th St #2450
                    Minneapolis, MN 55402
                    (612) 412-9503 ext. 714
                    Lisa.hanson@Madgettlaw.com

                    ATTORNEY FOR PLAINTIFF