# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Wendy Anderson, | Judge Patrick Schiltz |
| | Magistrate Judge Tony N. Leung |
| Plaintiff, | CASE NO. 0:22-cv-00419-PJS-TNL |
| v. | |
| Trans Union LLC, et al., | **NOTICE OF SETTLEMENT WITH EXPERIAN ONLY** |
| Defendants. | |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Experian Information Solutions, Inc., ("Experian") have settled all asserted claims between them. This notice applies to Experian **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: April 6, 2022          **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
612-470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1