# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Wendy Anderson<br><br>　　　　Plaintiff,<br><br>v.<br><br>Trans Union LLC, et al.<br><br><br><br>　　　　Defendants. | Judge Patrick Schiltz<br>Magistrate Judge Tony Leung<br><br>CASE NO. 0:22-CV-00419-PJS-TNL<br><br>**NOTICE OF SETTLEMENT<br>WITH TRANS UNION ONLY** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Trans Union, LLC have settled all asserted claims between them. This notice applies to Trans Union **ONLY.** The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: May 5, 2022            **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1