## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Wendy Anderson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Trans Union LLC, et al.,<br><br>　　　　Defendants. | Judge Patrick Schiltz<br>Magistrate Judge Tony N. Leung<br><br>CASE NO. 22-cv-421 (PJS/TNL)<br>CASE NO. 22-cv-4`9 (PJS/TNL)<br>CASE NO. 22-cv-311 (PJS/TNL)<br>CASE NO. 22-cv-446 (PJS/TNL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION, LLC** |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: July 15, 2022　　　　　　　**MADGETT LAW**

　　　　　　　　　　　　　　　　/s/David Madgett
　　　　　　　　　　　　　　　　David Madgett (#0390494)
　　　　　　　　　　　　　　　　333 S 7th Street, Suite 2450
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　(612) 470-5582
　　　　　　　　　　　　　　　　dmadgett@madgettlaw.com
　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| Date:  July 15, 2022 | */s/ Sydney O. Burden* |
| | Sydney O. Burden, Esq. (IN #35502-49) |
| |   (admitted *Pro Hac Vice*) |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN  46077 |
| | Telephone:  (317) 363-2400 |
| | Fax:  (317) 363-2257 |
| | E-Mail:  sburden@schuckitlaw.com |