# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wendy Anderson, )
)   Judge Patrick Schiltz
)   Magistrate Judge Tony N. Leung
Plaintiff, )
)   CASE NO. 22-cv-421 (PJS/TNL)
)   CASE NO. 22-cv-419 (PJS/TNL)
v. )   CASE NO. 22-cv-311 (PJS/TNL)
)   CASE NO. 22-cv-446 (PJS/TNL)
)
Trans Union LLC, et al., )
)
Defendants. )   **STIPULATION OF**
)   **DISMISSAL WITH**
)   **PREJUDICE OF EXPERIAN**
)   **INFORMATION**
)   **SOLUTIONS, INC.**
)

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: May 23, 2022

**MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

00724-Anderson

Dated:  May 23, 2022

/s/ Grace E.K. Rouser
GRACE E.K. ROUSER (#0402021)
**JONES DAY**
90 South Seventh Street
Suite 4950
Minneapolis, MN  5540
Telephone:    +1.612.217.8800
grouser@jonesday.com

Gregory J. Myers, MN #0287398
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone:    (612) 339-6900
 gjmyers@locklaw.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

00724-Anderson