UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| WENDY ANDERSON, | Case No. 22-CV-0419 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

---

Based upon the Stipulations for Dismissal filed by the parties on July 15, 2022 [ECF Nos. 22, 23],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: July 18, 2022

s/Patrick J. Schiltz<br>
Patrick J. Schiltz, Chief Judge<br>
United States District Court